# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA

V.

CHO SUM LEUNG

**NOTICE**

CASE NUMBER: CR-03-00024

---

TYPE OF CASE:

☐ CIVIL     X CRIMINAL

---

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |
| TYPE OF PROCEEDING **SENTENCING** | |

**FILED**
DISTRICT COURT OF GUAM
AUG 18 2005
MARY L.M. MORAN
CLERK OF COURT

---

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| Place | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | Wednesday, September 21, 2005 at 1:30 p.m. | Monday, September 26, 2005 at 10:30 a.m. |

MARY L. M. MORAN
CLERK OF COURT

(BY) DEPUTY CLERK

August 18, 2005
DATE

TO:    U.S. Attorney's Office
        Cynthia Ecube
        U.S. Probation Office
        U.S. Marshal Service