ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 3 1 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00024 |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION OF PARTIES TO |
| vs. ) | CONTINUE SENTENCING |
| ) | |
| CHO SUM LEUNG, ) | |
| ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, Cynthia V. Ecube, hereby stipulate to continue the sentencing hearing

//
//
//
//
//
//
//
//
//

currently scheduled for September 26, 2005, and that it be rescheduled to a date approximately four (4) months thereafter to be selected by the court.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 8/31/05

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 8/31/05

_____
CYNTHIA V. ECUBE
Attorney for Defendant