LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP - 9 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff, )<br>  )<br>  vs.      )<br>  )<br>  )<br>  )<br>CHO SUM LEUNG,  )<br>  )<br>    Defendant. )<br>_____ ) | CRIMINAL CASE NO. 03-00024<br><br>**ORDER re:**<br>**August 31, 2005, Stipulation**<br>**Continuing Sentencing** |

Based on the Stipulation of Parties filed August 31, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the sentencing hearing, previously scheduled for September 7, 2005, is hereby moved to __JAN 26 2006__, 2005, at 9:30 A .m.

_____
S. JAMES OTERO*
District Court of Guam

---

*The Honorable S. James Otero, United States District Judge for Central District of California, by designation.

**ORIGINAL**