
DISTRICT COURT OF GUAM

JAN 24 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CHO SUM LEUNG,<br><br>  Defendant. | CRIMINAL CASE NO. 03-000024<br><br><br><br>**ORDER** |

Due to the scheduling needs of the Court, the sentencing hearing, presently set for January 26, 2006, is hereby moved to Tuesday, February 7, 2006 at 10:30 a.m. before the Judge Larry Alan Burns.[1]

SO ORDERED this 24th day of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

---

[1] The Honorable Larry Alan Burns, United States District Judge for the Southern District of California, sitting by designation.