# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Cho Sum Leung,<br><br>    Defendant. | Case No. 1:03-cr-00024<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order filed January 25, 2006***, on the dates indicated below:

*U.S. Attorney's Office Cynthia Ecube U.S. Probation Office U.S. Marshals Service*
*January 25, 2006  January 25, 2006 January 25, 2006  January 25, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order filed January 25, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 25, 2006          /s/ Marilyn B. Alcon
                          Deputy Clerk