LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB -2 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHO SUM LEUNG, <br><br> Defendant. | CRIMINAL CASE NO. 03-00024 <br><br> **ORDER** <br> Re: 10th Stipulation to Continue Sentencing |

Based on the Stipulation of Parties filed January 24, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to April 5, 2006, at 9:00 a.m.

SO ORDERED this 2nd day of February 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR.
**Magistrate Judge**

ORIGINAL