IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

FILED
DISTRICT COURT OF GUAM
APR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-03-00024**      **DATE: 04/5/2006**

***

HON. ROGER T. BENITEZ, Designated Judge, Presiding      LAW CLERK: NONE PRESENT
Official Court Reporter: Wanda Miles      Courtroom Deputy: GLENN RIVERA
Hearing Electronically Recorded: (Run Time: 9:30.13 - 9:07.42)      CSO: N. EDROSA

************************** **A P P E A R A N C E S** **************************

**DEFT: CHO SUM LEUNG**      **ATTY : CYNTHIA ECUBE**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.      ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC P. DAVID**      **AGENT: NONE PRESENT**

**U.S. PROBATION: JUDY OCAMPO**      **U.S. MARSHAL: D. PUNZALAN**

**INTERPRETER: FOO MEE CHIN CLINARD, Previously sworn**      **LANGUAGE: MANDARIN/CHINESE**

***

**PROCEEDINGS: SENTENCING**

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
     Base offense level:      Total offense level:      Criminal History Category:

**NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

**NOTES: JOINT ORAL REQUEST FOR CONTINUANCE - GRANTED**
     **SENTENCING IS CONTINUED TO 7/5/06 AT 9:00AM**

COURTROOM DEPUTY: _[signature]_
L:\Docs\COURTROOM MINUTES\CRIMINAL MINUTES\2003\CR-03-00024.wpd