AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM

JUN 30 2006

MARY L.M. MORAN
CLERK OF COURT

United States of America

V.

**CHO SUM LEUNG**

**NOTICE**

CASE NUMBER: CR-03-00024

---

TYPE OF CASE:

☐ CIVIL      X CRIMINAL

---

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

---

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue** | Wednesday, July 5, 2006 at 9:00 a.m. | Wednesday, July 5, 2006 at 8:00 a.m. |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

/s/ Hernandez
(BY) DEPUTY CLERK

**June 30, 2006**
DATE

TO:    U.S. Attorney's Office
          Cynthia V. Ecube
          U.S. Probation Office
          U.S. Marshals Service

ORIGINAL