# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>vs.<br><br>Cho Sum Leung,<br><br>                Defendant. | Case No. 1:03-cr-00024<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Hearing filed June 30, 2006,* on the dates indicated below:

| *U.S. Attorney's Office* | *Law Offices of Cynthia V. Ecube* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *July 3, 2006* | *July 3, 2006* | *July 3, 2006* | *July 3, 2006* |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Notice of Hearing filed June 30, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 3, 2006                                          /s/ Virginia T. Kilgore
                                                                                         Deputy Clerk