


IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING

CASE NO.: CR-03-00024　　　　　　　　　DATE: July 05, 2006

HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding
　　Law Clerk: Mary Lou Johnson　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 8:10:39 - 8:33:05
　　CSO: B. Pereda

**APPEARANCES:**
　　Defendant: Cho Sum Leung　　　　　　　Attorney: Cynthia V. Ecube
　　　　☑ Present ☑ Custody　　　　　　　　☑ Present
　　　　☐ Secured Bond ☐ Unsecured Bond　　☐ Retained ☐ FPD
　　　　☐ P.R.　　　　　　　　　　　　　　　☑ CJA
U.S. Attorney: Marivic P. David　　　　　U.S. Agent:
U.S. Probation: Judy Ocampo　　　　　　　U.S. Marshal: V. Roman
　　Interpreter: Foo Mee Chun Clinard　　Language: Cantonese
　　　　☐ Sworn ☑ Previously Sworn

**PROCEEDINGS: Sentencing**
- Court Stated the Appropriate Base Offense Levels:
  Base Offense Level: 38
  Total Offense Level: 28
  Criminal History Category: I
- No Objections by the Government and Defense
- Attorney for Defendant Addressed the Court and Made its Recommendation
- Defendant Addressed the Court and Apologized
- Government Addressed the Court and Made its Recommendation
- Motion for Downward Departure <u>Granted</u>
- Defendant Committed to the Bureau of Prisons for a Term of <u>78 months with credit for time served.</u>
- Upon Release from Imprisonment, Defendant Is Placed on Supervised Release for a Term of <u>3 years</u>, with Conditions (Refer to Judgment for Conditions of Supervised Release)
- All Fines Waived by the Court
- Defendant Was Ordered to Pay a Special Assessment Fee of $100.00.
- Court Stated the Justification of the Sentence Imposed
- Defendant Was Advised of His Appeal Rights
- Defendant Remanded to the Custody of the U.S. Marshals Service

NOTES: Government moved to Dismiss Counts II and III - Granted.