# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

      Plaintiff,

    vs.

Cho Sum Leung,

      Defendant.

Case No. 1:03-cr-00024

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Judgment filed July 7, 2006,*** on the dates indicated below:

*U.S. Probation Office*
*July 10, 2006*
*(1 certified copy)*

*U.S. Marshals Service*
*July 10, 2006*
*(5 certified copies)*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment filed July 7, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 12, 2006

        /s/ Leilani R. Toves Hernandez
          Deputy Clerk